UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DONALD SAENS, | Civil No. 3:11-6026-HA |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

HAGGERTY, District Judge:

Based upon the Stipulated Motion to Dismiss [14] filed by the parties, IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice, and with no costs or fees to either party.

IT IS SO ORDERED.

DATED this 25th day of July, 2011.

                                                      /s/ Ancer L. Haggerty
                                                        Ancer L. Haggerty
                                                 United States District Judge

1 -- JUDGMENT